649 A.2d 1281

FIRST JERSEY NATIONAL BANK, v. BRIEHLER
PROPERTIES, INC., ET AL.

September 13, 1994.

## ORDER

The Court having determined that the matter does not present a substantial constitutional question within the meaning of *Rule* 2:2–1(a)(1) or applicable caselaw, the within appeal is dismissed.

■

649 A.2d 1281

PAULINE MONDINO v. JOHN N. CASTELLUCCI, M.D.
AND SURGIDEV CORPORATION, ETC., ET AL.

September 29, 1994.

## ORDER

Prior Report: 636 A.2d 524.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.